✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                          Nevada

Best Odds Corp

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

iBus Media Limited,
iBus Media Holdings (IOM) Limited

Case Number:  2:14-cv-00932-RCJ-VCF

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that attorney's fees are awarded against Attorney Steven A. Gibson and  Gibson LeGrand LLP, jointly and severally, and in favor of Defendants, in the amount of $29,175.

December 30, 2014

/s/ Lance S. Wilson

Date

Clerk

/s/ Molly Morrison

(By) Deputy Clerk